**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  SONIA R. BROWN                                           Case Number: 08-71823
        1515 CARNEY AVENUE          SSN-xxx-xx-3992
        ROCKFORD, IL  61103

                                                          Case filed on:    6/11/2008
                                                          Plan Confirmed on:

                                  X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $793.50        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 354.74 | 354.74 | 0.00 | 0.00 |
|  | Total Priority | 354.74 | 354.74 | 0.00 | 0.00 |
| 999 | SONIA R. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 12,456.80 | 12,456.80 | 326.95 | 411.80 |
|  | Total Secured | 12,456.80 | 12,456.80 | 326.95 | 411.80 |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 266.36 | 266.36 | 0.00 | 0.00 |
| 004 | BENEFICIAL | 10,929.05 | 10,929.05 | 0.00 | 0.00 |
| 005 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 507.90 | 507.90 | 0.00 | 0.00 |
| 008 | MED PLUS PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 803.44 | 803.44 | 0.00 | 0.00 |
| 012 | ROCK RIVER WATER RECLAMATION | 261.01 | 261.01 | 0.00 | 0.00 |
| 013 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SAGE TELECOM | 136.25 | 136.25 | 0.00 | 0.00 |
| 015 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,904.01 | 12,904.01 | 0.00 | 0.00 |
|  | Grand Total: | 25,715.55 | 25,715.55 | 326.95 | 411.80 |

Total Paid Claimant:    $738.75
Trustee Allowance:      $54.75           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan